# EXHIBIT B

*Privileged & Confidential*
*Attorney Work Product*

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 v. Bloomin Brands ("Defendant")**

| Claim | Evidence |
|---|---|
| 1. A method comprising: | Defendant provides a QR code associated with selected product (e.g. Dine Rewards card).  Source: Snapshot of the product |

*Privileged & Confidential*
*Attorney Work Product*



*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| a) capturing a digital image using a digital image capturing device that is part of a portable electronic device; | The Defendant uses the camera i.e, the part of the portable electronic device (smartphone) that captures the digital image.<br><br> <br><br>Source: Snapshot of the product<br>Source: Screenshot taken from Smartphone |

3

*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| b) detecting symbology associated with an object within the digital image using a portable electronic device; | The Defendant uses a portable electronic device (Smartphone or tablet) to detect symbology (e.g., pattern of QR code) associated with an object (Dine Rewards card).<br><br>Camera of smartphone detecting the QR code.<br><br><br><br>Source: Screenshot taken from Smartphone |

*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | Defendant decodes the symbology (i.e., QR code pattern) to obtain a decode string (i.e. hyperlink) using the visual detection application residing in the portable electronic device (i.e., Smartphone).<br><br>For example, the Smartphone decodes the QR code on the object image captured from the Smartphone camera to obtain a decoded hyperlink.<br><br> <br><br>Source: Snapshot of the product |

*Privileged & Confidential*
*Attorney Work Product*

  

**QR Code**  **Scan**  **Decode**

Source: Screenshot taken from Smartphone

6

*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| d) sending the decode string to a remote server for processing; | The Defendant sends the decoded string to a remote server for processing. For example, the Smartphone sends the information associated with the QR code to the Dine Rewards' server.<br><br><br><br>Source: Screenshot taken from Smartphone |

*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| e) receiving information about the object from the remote server wherein the information is based on the decode string of the object; | After clicking on the hyperlink, that is obtained by scanning the QR code associated with the product, the smartphone receives the information about the product from the Dine Rewards' server.<br><br> <br><br>Source: Screenshot taken from Smartphone |

*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| f) displaying the information on a display device associated with the portable electronic device. | The Defendant sends the decode string to a remote server for processing. The information is received, and it is displayed on the display associated with the Smartphone as shown below.<br><br><br><br>Source: Screenshot taken from Smartphone |

9