# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **Symbology Innovations LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**Bloomin' Brands, Inc.,**<br><br>    Defendant. | Civil Action No. 8:19-cv-2469-T-23-JSS<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations LLC, by and through the undersigned counsel, and hereby voluntarily dismisses all of the claims asserted against Defendant Bloomin' Brands, Inc. in the within action **with prejudice**. This notice of dismissal pursuant to Civ. R. 41(a)(1) is proper inasmuch as the Defendant has neither answered nor moved for summary judgement.

Dated: March 6, 2020

Respectfully submitted,

*/s/Howard Wernow*
Howard L. Wernow B.C.S.
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
Phone: 330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Board Certified in Intellectual Property Law By the Florida Bar*

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 6, 2020, to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Howard Wernow*
Howard L. Wernow